UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

KATHLEEN MARGENAU,

                Plaintiff,

v.                                      Case No. 2:10-cv-369-FtM-36SPC

DEPUY ORTHOPEDICS, INC.,

                Defendant.

_____

## JOINT NOTICE OF VOLUNTARY DISMISSAL

      The parties to this action, pursuant to Rule 41(a)(A)(ii), hereby stipulate to dismissal of this action without prejudice.

| | |
|---|---|
| /s/ Altom M. Maglio | /s/ Edward W. Gerecke |
| Altom M. Maglio | Edward W. Gerecke |
| Florida Bar No. 88005 | Florida Bar No. 328332 |
| Maglio Christopher & Toale, P.A. | Carlton Fields, P.A. |
| Second Floor | 4221 W. Boy Scout Blvd., Suite 1000 |
| 1751 Mound Street | Tampa, FL 33607 |
| Sarasota, FL 34236 | P. O. Box 3239 |
| Phone: (941) 952-5242 | Tampa, FL 33601 |
| Fax: (941) 952-5042 | Phone: (813) 223-7000 |
| Email: amm@mctplaw.com | Fax: (813) 229-4133 |
| Attorneys for Plaintiff | Email: egerecke@carltonfields.com |
| | Attorneys for Defendant |
| Dated  10-01-10 | Dated  10-01-10 |